UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Criminal Case No. 08-cr-00399-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. ELENO SANTOS-PACHECO, a/k/a VICTOR L. SANCHEZ, a/k/a JUAN JOSE ROMERO-MARTINEZ, a/k/a RAFAEL TORRES-SALGADO, a/k/a RAFAEL TORRES, a/k/a IGNACIO GUTIERREZ-GOMEZ,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    Due to a conflict with the Court's calendar, the sentencing hearing set for Wednesday, November 18, 2009, at 11:00 a.m., in Courtroom A-1002, is **VACATED and RESET for Wednesday, December 2, 2009 at 9:00 a.m.**

    Dated:  November 13, 2009